UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alfred Delcorpo, | : <br> : <br> : Civil Action No.:  2:11-cv-5022 <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Enhanced Recovery Company, LLC; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
**PURSUANT TO RULE 41(a)**

Alfred Delcorpo ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 8, 2011

    Respectfully submitted,

    PLAINTIFF, Alfred Delcorpo

    /s/ Jody B. Burton

    Jody B. Burton, Esq.
    Bar No.: 71681
    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Jody B. Burton_____

                                           Jody B. Burton